IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HAZEL FALTESEK, individually and as representative of the estate of JOE FRANK FALTESEK, and MARY HEINLEN, as next friend of JSF, | § § § § § | |
| Plaintiffs, | § § | CIV. ACTION NO. 4:14-CV-01296 |
| vs. | § § | |
| TASER INTERNATIONAL, INC., | § § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Hazel Faltesek, individually and as representative of the Estate of Joe Frank Faltesek, and Mary Heinlen, as next friend of JSF; and Defendant TASER International, Inc., ("TASER"), by and through their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that this matter be dismissed with prejudice, each side to bear its own costs.

Respectfully submitted,

*/s/* Walter A. Medsger
Walter A. Medsger
Texas Bar No. 13898090
Federal ID No. 16721
wmedsger@cimarroninc.com

1

4302 North Cook Circle
League City, Texas 77573
Telephone: (713) 705-6632
Facsimile: (281) 332-6210
**ATTORNEY-IN-CHARGE FOR PLAINTIFFS**


*/s/* Roger L. McCleary
Roger L. McCleary
Texas Bar No. 13393700
Federal ID No. 205
rmccleary@bmpllp.com
**BEIRNE, MAYNARD & PARSONS, LLP**
1300 Post Oak Blvd., Suite 2500
Houston, Texas 77056-3000
Telephone: (713) 623-0887
Facsimile: (713) 960-1527
**ATTORNEY-IN-CHARGE FOR DEFENDANT TASER INTERNATIONAL, INC.**

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 17, 2014 I electronically filed the Stipulation of Dismissal with Prejudice with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                                /s/ Roger L. McCleary